| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>King, Robert B. | 2. Court or Organization<br><br>U.S. Court of Appeals, 4th Circuit | 3. Date of Report<br><br>04/8/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>300 Virginia Street, East<br>Suite 7602<br>Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ · NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▬▬▬▬▬ Education Trust, United Bank (corporate Trustee) |
| 2. Vice Chairman, Board of Directors | WVU College of Law Alumni Association |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 JUN -5 A 4: 17 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

King, Robert B

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/8/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/8/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. United Bank | Real Estate Loan (rental (investment) property in Morgantown, WV See VII, Line 34. See VIII, Note 2 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TimeWarner Inc. (com) | B | Dividend | K | T | | | | | |
| 2.  Cisco Systems Inc. (com) | | None | K | T | | | | | |
| 3.  Proctor & Gamble Co. (com) | B | Dividend | L | T | | | | | |
| 4.  Intel Corp. (com) | B | Dividend | L | T | | | | | |
| 5.  Microsoft Corp. (com) | B | Dividend | L | T | | | | | |
| 6.  RF Micro Devices Inc. (com) | | None | K | T | | | | | |
| 7.  Sun Micro Systems Inc. (com) | | None | K | T | | | | | |
| 8.  Morgan Stanley Dean Witter & Co. (com) | C | Dividend | L | T | | | | | |
| 9.  Starbucks (com) | | None | K | T | | | | | |
| 10. Legg Mason Partners Appreciation Fund | A | Distribution | K | T | | | | | |
| 11. Legg Mason Special Investment Trust | A | Distribution | K | T | | | | | |
| 12. Legg Mason Value Trust | A | Distribution | K | T | | | | | |
| 13. Legg Mason Growth Trust | A | Distribution | K | T | | | | | |
| 14. Legg Mason American Leading Companies | A | Distribution | J | T | | | | | |
| 15. Legg Mason Emerging Markets Trust | B | Distribution | K | T | | | | | |
| 16. Legg Mason International Equity Trust | B | Distribution | K | T | | | | | |
| 17. Legg Mason Small- Cap Value Trust | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason Partners Aggressive Growth Fund | A | Distribution | K | T | | | | | |
| 19. Legg Mason Opportunity Trust | B | Distribution | J | T | | | | | |
| 20. Legg Mason Partners Fundamental Value Fund | B | Distribution | K | T | | | | | |
| 21. Royce Pennsylvania Mutual Fund | A | Distribution | J | T | | | | | |
| 22. RoyceTotal Return Fund | A | Distribution | J | T | | | | | |
| 23. Royce Trustshares Fund | A | Distribution | J | T | | | | | |
| 24. TimeWarner Inc. (com) | A | Dividend | J | T | | | | | |
| 25. Dell Computer Corp. (com) | | None | J | T | | | | | |
| 26. E.I. DuPont De Nemours & Co. (com) | A | Dividend | J | T | | | | | |
| 27. Federal Home Loan Corp. (com) | A | Dividend | J | T | | | | | |
| 28. Oil and Gas Interests, Tyler and other counties, WV (35-37): | | | | | | | | | |
| 29. a. East Resources Inc. | B | Dividend | J | W | | | | | |
| 30. b. Ergon Oil Purchasing | A | Dividend | J | W | | | | | |
| 31. c. Dominion Appalachian Dev. Inc. | A | Dividend | J | W | | | | | |
| 32. ████████ Education Trust (as follows): | A | Dividend | J | T | | | | | See Note 1 in Part VIII |
| 33. Final distribution to beneficiary; acct. closed | A | Interest | J | T | | | | | Account closed March 2008 |
| 34. Rental (investment) Property/Morgantown WV (Appraisal 2004) | D | Rent | M | Q | | | | | See VI, Note 2, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 04/8/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: This Trust is reported under the special rules for an "Aggregate Ownership Arrangement." Final distribution was made to beneficiary; final tax return; account closed March 2008.

Note 2: The Morgantown real estate was used as a personal residence (● in school) from 2004 to 2007. It has since been a rental (investment) property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544